UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.  1:11-cr-00091-JMS-TAB-1 |
| | )                        1:08-CR-0165-JMS-TAB-1 |
| | ) |
| DINA WEIN REIS, | ) |
| | ) |
| Defendant. | ) |

FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture, and the Court being duly advised in the premises finds that the motion should be and hereby is GRANTED.  The Court finds as follows:

1. On June 10, 2013, this Court entered a Preliminary Order of Forfeiture against the defendant, Dina Wein Reis, forfeiting her interest in the following property to the United States:

- $321,810.00 of the $1,175,000.00, which is the proceeds from the sale of the painting "Scramble: Violet Double/Left, 1977," by Frank Stella (asset identification number 09-FBI-000109, item 34) (the "$321,810.00" or the "subject funds").

2. The United States gave notice of the forfeiture to any and all potential claimants by posting notice on the official government internet forfeiture website for thirty consecutive days as required under 21 U.S.C. § 853(n)(1), and Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. It appears from the record that no person has asserted a claim for the $321,810.00 and the time to do so has expired.

THEREFORE, IT IS NOW ORDERED, ADJUDGED and DECREED that the

Preliminary Order of Forfeiture issued on June 10, 2013, is hereby amended, so that, in addition to the forfeiture of any interest of the defendant in the $321,810.00, the interests of any and all potential third-party claimants in the $321,810.00 are FORFEITED to the United States of America.

     IT IS DECREED that all right, title, and interest in the forfeited property vested in the United States upon the commission of the criminal act(s) giving rise to the forfeiture.

     IT IS FURTHER DECREED that this is a proper certificate under 28 U.S.C. § 2465, that there was reasonable cause for seizure of the subject funds, and that neither any officer or employee of the United States who seized the property nor the prosecutor bringing this action will be liable to suit or judgment on account of this proceeding to forfeit the subject funds.

     The United States is hereby ORDERED to dispose of the property according to law.

     IT IS SO ORDERED this date: 06/30/2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

To all ECF-registered counsel of record via email generated by the Court's ECF system.